UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MICHELE HARRIS AND D. N. HARRIS                               PLAINTIFFS

V.                                              CIVIL ACTION NO. 1:06cv260-LTS-MTP

LEXINGTON INSURANCE COMPANY,                                  DEFENDANTS
HALLIWELL ENGINEERING ASSOCIATES, INC.,
MORPHY, MAKOFSKY, INC., AND
JOHN AND JANE DOES A, B, C, D, E, F AND G

## ORDER

This case is set for trial on April 7, 2008. On December 26, 2007, by a Text Only Order, Plaintiffs received a second extension of time to file responses to Defendant Lexington Insurance Company's (Lexington) pending motions. This allowance was made on Plaintiffs' representation that a settlement agreement with Lexington would not be finalized until January 9, 2008.

The Court has been led to believe that a settlement between Plaintiffs and Lexington (as well as Defendant Halliwell Engineering Associates, Inc. (Halliwell)) has been reached, and the Magistrate Judge entered an [156] Order directing the Clerk of Court to pay the Plaintiffs and their attorney the money which had been deposited in the Court's registry. This is the last activity shown on the docket sheet, and although the Magistrate's [156] Order was entered on January 16, 2008, the Court has not been favored with any Fed. R. Civ. P. 41 dismissal materials, either as to Lexington or Halliwell.

In the event these parties have settled, the only Defendant remaining would be Morphy, Makofsky, Inc., which has filed a [146] Motion for Summary Judgment that has been briefed fully. Because the Court must make arrangements in advance of trial for a jury, pre-trial conference, and ruling on motions (Lexington's are still shown as outstanding on the docket), it is appropriate that the parties provide a status report.

Accordingly, **IT IS ORDERED**:

All counsel, within three (3) calendar days of the date of this Order, shall advise the Court in writing whether a partial, a complete, or no settlement has been reached, and if one has been reached, which parties are affected; offer for the Court's consideration a deadline for the entry of Judgment(s) of Dismissal; and provide the Court any other relevant information involving the status of this cause of action.

**SO ORDERED** this the 12th day of February, 2008.

                                                                          s/ <u>L. T. Senter, Jr.</u>
                                                                          L. T. SENTER, JR.
                                                                          SENIOR JUDGE